# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DONALD SEOANE,

      Plaintiff,

v.                                                                             Case No.: 6:23-cv-2065-WWB-EJK

NOEL AARON MARQUIS,

      Defendant.
_____/

## ORDER

      THIS CAUSE is before the Court upon *sua sponte* review of the record. On April 10, 2024, the Court entered an Order (Doc. 7) dismissing Plaintiff's Complaint (Doc. 1) without prejudice and ordering Plaintiff to file an amended pleading on or before April 29, 2024. (Doc. 7 at 1). Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.* at 2). Plaintiff did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

      **DONE AND ORDERED** in Orlando, Florida on May 28, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party